UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02470
  ANITA HERMANN

                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
  SSN XXX-XX-1755

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/13/07 and confirmed on 04/13/07.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  45727.07 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 8461.13 | 656.45 | 8461.13 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 666.42 | 48.00 | 666.42 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6021.25 | 248.22 | 6021.25 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1577.16 | 59.95 | 1577.16 |
| CAPITAL ONE BANK | UNSECURED | 2363.07 | 90.19 | 2363.07 |
| B REAL LLC | UNSECURED | 1066.32 | 41.49 | 1066.32 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 656.96 | 23.89 | 656.96 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1075.11 | 40.64 | 1075.11 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5069.87 | 195.97 | 5069.87 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 231.08 | 9.82 | 231.08 |
| CREDIT CARD CENTER | UNSECURED | NOT FILED | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8461.13 | .00 | 18727.24 | .00 | 27188.37 |
| PRINCIPAL PAID | 8461.13 | .00 | 18727.24 | .00 | 27188.37 |
| INTEREST PAID | 656.45 | .00 | 758.17 | .00 | 1414.62 |
| TOTAL PAID | 9117.58 | .00 | 19485.41 | .00 | 28602.99 |

The Debtor's attorney, KONSTANTINE T SPARAGIS         , was allowed $  3000.00
and was paid $   500.00  direct and $  2500.00  through the plan.

The Trustee received $  1699.96 .

Refunds to the Debtor totaled $  12924.12 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/08/08                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
          CASE NO. 07 B 02470 ANITA HERMANN
```